## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Antonio Crisantos, and Antonio Crisantos Jr., individually and on behalf of other employees similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>The Art of Pizza, Inc. and Arthur Shabez, individually,<br><br>    Defendants. | CASE NO. 16-cv-10406<br>Judge Charles P. Kocoras<br>Magistrate Judge Sidney I. Schenkier |

### ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion for Court Approval of Settlement.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the Parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act, the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collection Act.

3. The lawsuit is hereby dismissed without prejudice, that will become with prejudice 21 days thereafter and after the required payments have been made, with each party to bear their own attorneys' fees and costs except as otherwise agreed.

**THIS CASE IS CLOSED.**

  **DONE AND ORDERED** this <u>10 </u>day of May.

_____.
Honorable Judge Charles P. Kocoras